1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>JELD-WEN, INC., a foreign profit corporation doing business as JELD-WEN; and DOES 1-20,<br><br>   Defendants. | Case No. 2:23-cv-01757-BJR<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE** |

   Plaintiff Shannon Spencer and Defendant JELD-WEN, Inc. have filed their Joint Stipulated Motion to Set Briefing Schedule related to Defendant JELD-WEN, Inc.'s Combined Motion to Dismiss Pursuant to FRCP Rule 12(b)(6) and Motion to Strike Pursuant to FRCP Rule 12(f) ("Combined Motions to Dismiss and Strike") [Dkt. 7].

   IT IS HEREBY ORDERED that the briefing schedule related to Defendant JELD-WEN, Inc.'s Combined Motions to Dismiss and to Strike is as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Response | 12/18/2023 | 01/19/2024 |
| Defendant's Reply | 12/22/2023 | 02/02/2024 |

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE - 1
Case No. 2:23-cv-01757-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

IT IS HEREBY FURTHER ORDERED that the early case deadlines, including the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and the submission of the Joint Status Report be set as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| FRCP 26(f) Conference | 12/26/2023 | 01/26/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 01/02/2024 | 02/02/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 01/09/2024 | 02/09/2024 |

DATED: December 13, 2023.

JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: /s/ Adam T. Pankratz
    Adam T. Pankratz WSBA # 50951
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: /s/ Mathew A. Parker
    Mathew A. Parker, OSBA #0093231
    (appearing *pro hac vice*)
    The KeyBank Building
    88 East Broad Street, Suite 2025
    Columbus, OH  43215
    Telephone:  (614) 494-0420
    Facsimile:  (614) 633-1455
    Email:  mathew.parker@ogletree.com

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE - 2
Case No. 2:23-cv-01757-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Attorneys for Defendant JELD-WEN, Inc.*
Approved as to Form; Presentation Waived:

EMERY | REDDY PLLC

By: */s/ Patrick B. Reddy*
  Timothy W. Emery, WSBA #34078
  Patrick B. Reddy, WSBA #34092
  Paul Cipriani Jr., WSBA #59991
  600 Stewart Street, Suite 1100
  Seattle, WA  98101-1269
  Telephone:  (206) 442-9106
  Facsimile:  (206) 441-9711
  Email: emeryt@emeryreddy.com
     reddyp@emeryreddy.com
     paul@emeryreddy.com

*Attorneys for Plaintiff Shannon Spencer*

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE - 3
Case No. 2:23-cv-01757-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058