The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JELD-WEN, INC., a foreign profit corporation doing business as JELD-WEN; and DOES 1-20,<br><br>Defendant. | No. 2:23-cv-01757-BJR<br><br>**STIPULATED MOTION AND REQUEST TO STAY AND ORDER** |

Plaintiff Shannon Spencer ("Plaintiff") and Defendant JELD-WEN, INC. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Stipulated Motion and Request to Stay.

After briefing Defendant's Motion to Dismiss (ECF No. 7), the Parties conferred regarding alternative dispute resolution and agreed to mediation. Mediation is scheduled for June 27, 2024 with Teresa Wakeen of Wakeen & Associates Mediation Services LLC. As a result, the Parties request a stay of this action including further litigation, motions practice, related case deadlines, and any decision on Defendant's pending Motion to Dismiss, until after mediation.

The Parties agree to submit a Joint Status Report by June 28, 2024, apprising the Court of the outcome of mediation and any resolution.

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 1

No. 2:23-cv-01757-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1  WHEREFORE, the Parties respectfully request that the Court grant this Stipulated Motion and Request to Stay.

| EMERY REDDY, PLLC | OGLETREE DEAKINS (SEA) |
|---|---|
| By: */s/ Patrick B. Reddy* | By: */s/ Adam T. Pankratz*_____ |
| By: */s/ Timonthy W. Emery* | By: */s/ Mathew A. Parker*_____ |
| By: */s/ Paul Cipriani* | Adam T. Pankratz, WSBA #50951 |
| Patrick B. Reddy, WSBA #34092 | Mathew A. Parker, OSBA #0093231 |
| Timothy W. Emery, WSBA #34078 | OGLETREE DEAKINS |
| Paul Cipriani, WSBA #59991 | 1700 7th Avenue, Suite 2200 |
| EMERY REDDY, PLLC | Seattle, WA 98101 |
| 600 Stewart Street, Suite 1100 | Phone: (206) 693-7057 |
| Seattle, WA 98101 | Email: adam.pankratz@ogletree.com |
| Phone: (206) 442-9106 | Email: mathew.parker@ogletree.com |
| Email: reddyp@emeryreddy.com | *Attorneys for Defendants* |
| Email: emeryt@emeryreddy.com | |
| Email: paul@emeryreddy.com | |
| *Attorneys for Plaintiff* | |

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 2

No. 2:23-cv-01757-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## ORDER

Upon consideration of the Parties' Stipulated Motion and Request to Stay, the Court finds that good cause exists to stay this action until June 27, 2024 after mediation, and it is hereby **ORDERED** that this Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Parties shall file a Joint Status Report by June 28, 2024 apprising the Court of any resolution.

DATED this 8th day of May 2024

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 3

No. 2:23-cv-01757-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Adam T. Pankratz
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Email: adam.pankratz@ogletree.com

Mathew A. Parker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
88 East Broad Street, Suite 2025
Columbus, OH 43215
Email: mathew.parker@ogletree.com

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Chong*
　　　　　　　　　　　　　　　　　　　　　Jennifer Chong, Legal Assistant
　　　　　　　　　　　　　　　　　　　　　jennifer@emeryreddy.com

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 4

No. 2:23-cv-01757-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711