The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JELD-WEN, INC., a foreign profit corporation doing business as JELD-WEN; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01757-BJR<br><br>**STIPULATED MOTION AND REQUEST TO EXTEND STAY; ORDER** |

Plaintiff Shannon Spencer ("Plaintiff") and Defendant JELD-WEN, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Stipulated Motion and Request to Extend Stay.

On May 8, 2024, the Parties filed a Stipulated Motion and Request to Stay in order to attend a June 27, 2024 mediation with Teresa Wakeen of Wakeen & Associates Mediation Services LLC. [ECF 24]. The Court granted said Stipulated Motion. [ECF 25].

The mediation was rescheduled to August 30, 2024. As a result, the Parties request an extension of the stay of this action, including further litigation, motions practice, related case

STIPULATED MOTION AND REQUEST
TO EXTEND STAY; ORDER - 1
Case No. 2:23-cv-01757-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1  deadlines, and any decision on Defendant's pending Motion to Dismiss, until after the
2  mediation.
3      The Parties agree to submit a Joint Status Report by September 3, 2024, apprising the
4  Court of the outcome of mediation and any resolution.
5      WHEREFORE, the Parties respectfully request that the Court grant this Stipulated
6  Motion and Request to Extend Stay.
7      Respectfully submitted this 28th day of June, 2024.

8  EMERY | REDDY PLLC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

9  By: */s/ Patrick B. Reddy*
    Timothy W. Emery, WSBA #34078
10     Patrick B. Reddy, WSBA #34092
    Paul Cipriani Jr., WSBA #59991
11     600 Stewart Street, Suite 1100
    Seattle, WA  98101-1269
12     Telephone:  (206) 442-9106
    Facsimile:  (206) 441-9711
13     Email:  emeryt@emeryreddy.com
            reddyp@emeryreddy.com
14             paul@emeryreddy.com

15 *Attorneys for Plaintiff Shannon Spencer*

By: */s/ Adam T. Pankratz*
    Adam T. Pankratz, WSBA #50951
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  adam.pankratz@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Mathew A. Parker*
    Mathew A. Parker, OSBA #0093231
    The KeyBank Building
    88 East Broad Street, Suite 2025
    Columbus, OH  43215
    Telephone:  (614) 494-0420
    Facsimile:  (614) 633-1455
    Email:  mathew.parker@ogletree.com

*Attorneys for Defendant JELD-WEN, Inc.*

STIPULATED MOTION AND REQUEST TO EXTEND STAY; ORDER - 2
Case No. 2:23-cv-01757-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**ORDER**

Upon consideration of the Parties' Stipulated Motion and Request to Extend Stay, the Court finds that good cause exists to stay this action until after mediation on August 30, 2024, and it is hereby **ORDERED** that this Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Parties shall file a Joint Status Report by September 3, 2024 apprising the Court of any resolution.

DATED this 1st day of July 2024.

*[signature]*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND REQUEST TO EXTEND STAY; ORDER - 3
Case No. 2:23-cv-01757-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058